*Bunn & Trawick,* for plaintiff in error.

*J. A. Wright, solicitor, E. S. Ault,* contra.

---

### 9507. CLARK *v.* THE STATE.

The evidence, while circumstantial, was sufficient to sustain the verdict, and the court did not err in overruling the motion for a new trial.

DECIDED APRIL 2, 1918.

Indictment for larceny of cow; from Mitchell superior court—Judge Harrell. June 9, 1917.

*Johnson & Warren,* for plaintiff in error.

*R. C. Bell, solicitor-general, F. A. Hooper,* contra.

BROYLES, P. J. The evidence in this case, though circumstantial, was sufficient to exclude every other reasonable hypothesis than that of the guilt of the accused. Therefore the verdict finding him guilty of cow-

stealing, which has the approval of the trial judge, will not be disturbed. *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
DECIDED APRIL 2, 1918.

Indictment for larceny of cow; from Mitchell superior court—Judge Harrell. August 22, 1917.

*Johnson & Warren,* for plaintiff in error.

*R. C. Bell, solicitor-general, F. A. Hooper,* contra.